# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

NICHOLAS ALAHVERDIAN,

      Plaintiff,    :    Case No. 3:13-cv-132

                          District Judge Thomas M. Rose
  -vs-                      Magistrate Judge Michael R. Merz
                          :

MARY J. GREBINSKI, et al.,

      Defendant.

## TRANSFER ORDER

With the consent of both of them and based on the pendency of Case No. 3:13-cv-113 before Magistrate Judge Merz, the reference herein is transferred from Magistrate Judge Michael J. Newman to Magistrate Judge Michael R. Merz.

April 29, 2013.

                                            s/ *Michael R. Merz*
                                            United States Magistrate Judge