# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

NICHOLAS ALAHVERDIAN           :     Case No. 3:13-cv-132

    Plaintiff,                :
                                     District Judge Thomas M. Rose
    -vs-                      :     Magistrate Judge Michael R. Merz

MARY J. GREBINSKI, et al.,     :

    Defendants.               :

## ORDER TO PRO SE PLAINTIFF UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT

       You are hereby notified that Defendants filed with the Court on June 12, 2013, a motion to dismiss in this case [Doc # 6]. You should receive a copy of the motion directly from Defendants.

       Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (June 12, 2013) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you. Your response must be filed with the Court not later than July 8, 2013.

June 12, 2013.                                *s/Michael R. Merz*
                                                                  United States Magistrate Judge