UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NICHOLAS ALAHVERDIAN,

        Plaintiff,

-v-

MARY J. GREBINSKI, et al.,

        Defendants.

Case No. 3:13-cv-132

Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

---

**ENTRY AND ORDER OVERRULING ALAHVERDIAN'S OBJECTIONS (Doc. #32) TO MAGISTRATE JUDGE MERZ'S REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO DISMISS (Doc. #30); OVERRULING ALAHVERDIAN'S OBJECTIONS (Doc. #36) TO MAGISTRATE JUDGE MERZ'S SUPPLEMENTAL REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO DISMISS (Doc. #34); ADOPTING MAGISTRATE JUDGE MERZ'S REPORT AND RECOMMENDATIONS AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO DISMISS IN THEIR ENTIRETY AND DISMISSING ALAHVERDIAN'S AMENDED COMPLAINT WITH PREJUDICE**

---

Plaintiff Nicholas Alahverdian ("Alahverdian") brought this action against Defendants Mary J. Grebinski and Nathan M. Lanning (collectively referred to hereinafter as "Defendants") alleging defamation per se, false light invasion of privacy and intentional infliction of emotional distress. (Doc. #21.) The Defendants filed a Motion To Dismiss Alahverdian's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. #23.) This Motion was fully briefed. (Docs. #27 and #28.)

On May 19, 2014, Magistrate Judge Michael R. Merz issued a Report and Recommendations recommending that the Defendants' Motion To Dismiss be granted with prejudice. (Doc. #30.) Alahverdian subsequently objected to this Report and Recommendations

(doc. #32) and the matter was recommitted to Magistrate Judge Merz for further analysis (doc. #33). On August 5, 2014, Magistrate Judge Merz issued a Supplemental Report and Recommendations (doc. #34) again recommending that Alahverdian's Amended Complaint be dismissed with prejudice. Alahverdian again objected. (Doc. #36.) The Defendants have responded to Alahverdian's objections. (Doc. #38.) Alahverdian's Objections are, therefore, ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Alahverdian's Objections to the Magistrate Judge's Report and Recommendations and Alahverdian's Objections to the Magistrate Judge's Supplemental Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations and Supplemental Report and Recommendations are adopted in their entirety.

The Defendants' Motion To Dismiss is granted. Alahverdian's Amended Complaint is dismissed with prejudice.

**DONE** and **ORDERED** in Dayton, Ohio, this Eighth Day of September, 2014.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record