UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NICHOLAS ALAHVERDIAN,

       Plaintiff,

-v-

MARY J. GREBINSKI, et al.,

       Defendants.

Case No.  3:13-cv-132

Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

___

**ENTRY AND ORDER OVERRULING ALAHVERDIAN'S OBJECTIONS (Doc. #37) TO MAGISTRATE JUDGE MERZ'S REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION FOR SANCTIONS (Doc. #35); ADOPTING MAGISTRATE JUDGE MERZ'S REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION FOR SANCTIONS IN ITS ENTIRETY; ORDERING ALAHVERDIAN'S COUNSEL TO PAY DEFENDANTS' THEIR REASONABLE ATTORNEYS' FEES INCURRED IN DEFENDING THIS ACTION AND TERMINATING THIS CASE**

___

Plaintiff Nicholas Alahverdian ("Alahverdian") brought this action against Defendants Mary J. Grebinski and Nathan M. Lanning (collectively referred to hereinafter as "Defendants") alleging defamation per se, false light invasion of privacy and intentional infliction of emotional distress. (Doc. #21.) After filing a Motion To Dismiss, the Defendants filed a Motion for Sanctions which was fully briefed.

On August 6, 2014, Magistrate Judge Michael R. Merz issued a Report and Recommendations recommending that the Defendants' Motion for Sanctions be granted and that Alahverdian's Counsel be ordered to pay Defendants their reasonable attorneys' fees incurred in defending this action (Doc. #35.) Alahverdian subsequently objected to this Report and Recommendations (Doc. #37.) The Defendants have responded to Alahverdian's Objections.

(Doc. #39.) Alahverdian's Objections are, therefore, ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Alahverdian's Objections to the Magistrate Judge's Report and Recommendations regarding Defendants' Motion for Sanctions are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations regarding Defendants' Motion for Sanctions is adopted in its entirety.

The Defendants' Motion for Sanctions is granted. Alahverdian's Counsel is ordered to pay Defendants their reasonable attorneys' fees incurred in defending this action. Finally, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Eighth Day of September, 2014.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record